```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| YVETTE MILLER,<br>for J.W., a Minor,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>      Defendant. | CIVIL ACTION<br>No. 14-06378 |

### O R D E R

**AND NOW**, this **16th** day of **June, 2016,** it is hereby **ORDERED** that:

    (1)  Plaintiff's Objection (ECF No. 15) is overruled;

    (2)  The Court **APPROVES** and **ADOPTS** Magistrate Judge Timothy R. Rice's Report and Recommendation (ECF No. 14);

    (3)  Plaintiff's request for review is **DENIED;**

    (4)  Judgment is entered in this matter in favor of Defendant; and

    (5)  The case shall be marked **CLOSED.**

    **AND IT IS SO ORDERED.**

                                   /s/ Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO,   J.**